JUDGMENT

FILED: January 19, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

4:02-cv-173

NO. 04-2396
CA-02-173-4-H(4)

FILED
FEB 2 3 2005
DAVID W. DANIEL, CLERK
US DISTRICT COURT, ED NC
BY_____ DEP. CLERK

FELIPE DE JESUS DE LUNA-GUERRERO; BALDOMERO GUTIERREZ DE LUNA; LUIS MANUEL DE LUNA REYES

    Plaintiffs - Appellees

v.

NORTH CAROLINA GROWERS ASSOCIATION, INCORPORATED; MARCUS THIGPEN, on behalf of himself and all others similarly situated members of The North Carolina Grower's Association, Inc.

    Defendants - Appellants

---

Appeal from the United States District Court for the Eastern District of North Carolina at New Bern

---

In accordance with the Court's order of today, this appeal is dismissed.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate. The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor

------------------------
CLERK

A True Copy, Teste:
Patricia S. Connor, Clerk
BY _____
  Deputy Clerk