UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO.  4:02-CV-173-H(4)

| | |
|---|---|
| FELIPE DE JESUS DE LUNA-GUERRERO, ) <br> BALDOMERO GUTIERREZ DE LUNA, and ) <br> LUIS MANUEL DE LUNA REYES, on behalf ) <br> of himself and all other similarly situated persons, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> THE NORTH CAROLINA GROWER'S ) <br> ASSOCATION, INC., and MARCUS ) <br> THIGPEN, on behalf of themselves and ) <br> all other similarly situated persons. ) <br> ) <br> Defendants. ) | JOINT STIPULATION OF <br> DISMISSAL WITH PREJUDICE |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by their respective undersigned attorneys, hereby stipulate to a dismissal of this action, with prejudice.

This the 19th day of June, 2006.

| | |
|---|---|
| CONSTANGY, BROOKS & <br> SMITH, LLC | LAW OFFICES OF ROBERT J. WILLIS |
| BY: /s/ W.R. Loftis <br>    W.R. Loftis, Jr., Esq <br>    NC Bar #2774 <br>    100 N. Cherry St., Ste. 300 <br>    Winston-Salem, NC 27101 <br>    (336)721-1001 <br>    Counsel for Defendants | BY: /s/ Robert J. Willis <br>    Robert J. Willis <br>    Attorney at Law <br>    Bar #10730 <br>    (mailing address) <br>    P.O. Box 1269 <br>    Raleigh, NC  27602 <br>    (919) 821-9031 <br>    Co-Counsel for the Plaintiff Class |

N.C. JUSTICE CENTER
P.O. Box 28068
Raleigh, NC 27611
(919)856-2144
Co-Counsel for the Plaintiff Class

BY: /s/ Carol Brooke
Carol Brooke, Esq.
NC State Bar #29126

Jack Holtzman, Esq.
NC State Bar #13548